IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| GAYILA BOLDEN, LA TANJA BOLDEN<br>*Plaintiff,* | §<br>§<br>§<br>§ | |
| v. | §<br>§ | CIVIL ACTION NO. 4:16-cv-03575 |
| NATIONWIDE GENERAL<br>INSURANCE COMPANY<br>*Defendant.* | §<br>§<br>§<br>§ | |

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs Gayila and La Tanja Bolden ("Plaintiffs") and Defendant Nationwide General Insurance Company ("Defendant") hereby files this Agreed Stipulation of Dismissal With Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

1. Plaintiffs filed suit against Defendant related to an insurance claim for property damage allegedly caused by a storm which occurred on or about April 18, 2016.

2. Plaintiffs and Defendant have since resolved their differences to their mutual satisfaction.

3. Plaintiffs move to dismiss the entire suit with prejudice. Defendant agrees to the dismissal.

4. This case is not a class action, and a receiver has not been appointed.

5. This dismissal is with prejudice. The parties will bear their own costs of suit.

Respectfully submitted,

| | |
|---|---|
| /s/ Jesse S. Corona | /s/ Patrick M. Kemp |
| Jesse S. Corona | Patrick M. Kemp |
| Texas Bar No. 24082184 | Texas Bar No. 24043751 |
| Fed. ID No. 2239270 | Southern District Bar No. 38513 |
| jesse@thecoronalawfirm.com | pkemp@smsm.com |
| The Corona Law Firm, PLLC | Robert G. Wall |
| 521 N. Sam Houston Pkwy E., Suite 420 | Texas Bar No. 24072411 |
| Houston, Texas 77060 | Southern District Bar No. 1117137 |
| (281) 882-3531 | rwall@smsm.com |
| (713) 678-0613 - Facsimile | Segal McCambridge Singer & Mahoney |
| | 100 Congress Avenue, Suite 800 |
| **ATTORNEY FOR PLAINTIFFS GAYILA AND LA TANJA BOLDEN** | Austin, Texas 78701 |
| | (512) 476-7834 |
| | (512) 476-7832 – Facsimile |
| | |
| | **ATTORNEYS FOR DEFENDANT NATIONWIDE GENERAL INSURANCE COMPANY** |

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing instrument has been served electronically via CM/ECF on this the 4th of April, 2017 to:

Jesse S. Corona
The Corona Law Firm, PLLC
521 N. Sam Houston Pkwy E., Suite 420
Houston, Texas 77060

/s/ Patrick M. Kemp
Patrick M. Kemp