United States District Court
Southern District of Texas
**ENTERED**
April 05, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| GAYILA BOLDEN, *et al*, § | |
| § | |
| Plaintiffs, § | |
| VS. § | CIVIL ACTION NO. 4:16-CV-3575 |
| § | |
| NATIONWIDE GENERAL INSURANCE § | |
| COMPANY, § | |
| § | |
| Defendant. § | |

### ORDER ON AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

On this day, the Court considered the parties' agreed stipulation of dismissal with prejudice (Dkt. No. 12). The Court, having reviewed the joint and agreed stipulation, is of the opinion that the stipulation should be, and hereby is, GRANTED.

It is, therefore, ORDERED that all claims made in this lawsuit are hereby dismissed with prejudice to re-filing, and that this matter is CLOSED.

It is so ORDERED.

SIGNED on this 4th day of April, 2017.

_____
Kenneth M. Hoyt
United States District Judge